FILED
2007 Sep-06  AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF  )<br>NORTH AMERICA, U.S.A.,<br>)<br>    PLAINTIFF,<br>)<br>VS.<br>)<br>PERRY COUNTY COMMISSION,<br>a political subdivision of the State   )<br>of Alabama,<br>)<br>    DEFENDANT. | 2:07-cv-813-JHH |

### MEMORANDUM OF OPINION

The court has before it the July 30, 2007 motion (doc. #29) filed by plaintiff The Guarantee Company of North America (GCNA) to alter, amend or vacate the court's final order dismissing this case with prejudice.  By the court's July 26, 2007 order (doc. #28), the court dismissed this action, with prejudice, because GCNA failed to present its claim within twelve months of the accrual of the cause of action, as required by Alabama Code § 11-12-8.

By order dated August 7, 2007 (doc. #30), the court rejected three of the four arguments presented by GCNA.  The court, however, ordered the Perry County Commission to respond to GCNA's argument that the non-claim statute has yet to expire.  On August 17, 2007, the Perry County Commission filed a

response (doc. #31), and then on August 29, 2007, GCNA filed a brief in reply (doc. #32) and evidence[1] (doc. #33) in support of its motion to alter, amend or vacate the court's final order.

After consideration of the complaint, evidence filed by GCNA and the arguments presented to the court, the court accepts plaintiff's argument regarding the accrual of its claim for declaratory relief.  The evidence before the court establishes that the twelve month period for submission of claims under the non-claim statute has not expired.  Dismissing the complaint with prejudice was in error, as GCNA still has time to comply with Alabama Code §§ 6-5-20 and 11-12-8.

As such, the motion (doc. #29) alter, amend or vacate the court's final order dismissing this case with prejudice is due to be granted.  Although the court cannot entertain the present action because "the claim has been presented to the county commission, disallowed or reduced by the commission and the reduction refused by the claimant," Ala. Code. § 6-5-20, the complaint should have been dismissed without prejudice.  A separate order will be entered.

**DONE** this the ___6th___ day of September, 2007.

_James W. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff submitted the affidavit of Gail E. Latham with exhibits and the affidavit of Greg O'Mahony with exhibits.